AUGUST F. THIES et al., respondents,

*v.*

ROBERT VONDERHEYDEN et al., appellants.

[Decided May 4th, 1923.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *94 N. J. Eq. 317.*

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TREN-CHARD, PARKER, BERGEN, KALISCH, KATZENBACH, WHITE, HEPPENHEIMER, GARDNER, ACKERSON, VAN BUSKIRK—12.

*For reversal*—BLACK—1.